IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY J. BIGGS,

        Petitioner,        Civ. No. S-08-1918 KJM P

    vs.

S.R. MOORE, Warden, et al.,

        Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's application to proceed in forma pauperis is granted;

/////

1

1       2. Respondents are directed to file a response to petitioner's habeas petition
2  within sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An
3  answer shall be accompanied by all transcripts and other documents relevant to the issues
4  presented in the petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases.   However, it appears
5  that counsel for petitioner has attached the transcripts and materials relevant to the issues in this
6  case.  If respondent believes that the materials provided for by petitioner are complete and
7  sufficient, he may say so in the answer and need not provide duplicates;
8       2.  If the response to the habeas petition is an answer, petitioner's reply, if any,
9  shall be filed and served within thirty days after service of the answer;
10      3.  If the response to the habeas petition is a motion, petitioner's opposition or
11 statement of non-opposition to the motion shall be filed and served within thirty days after
12 service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
13 thereafter; and
14      4.  The Clerk of the Court shall serve a copy of this order, the
15 consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court, and
16 a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer Neill,
17 Senior Assistant Attorney General.
18 DATED:  January 21, 2009.

_____
U.S. MAGISTRATE JUDGE

22 2
   bigg1918.100

2