DANIEL J. BRODERICK, #89424
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JEFFERY BIGGS,**  NO. CIV-S-08-1918 FCD KJM

        Petitioner,  **ORDER**

  v.

**S.R. MOORE, Acting Warden,** et al.,

        Respondents.

GOOD CAUSE APPEARING, this matter is stayed pending resolution of Petitioner's state court challenge to the 2007 action by the Board. Petitioner is to notify the Court within ten days of the resolution of that challenge.

IT IS SO ORDERED.

Dated: March 19, 2009.

U.S. MAGISTRATE JUDGE